

```
 1  NICOLA T. HANNA
    United States Attorney
 2  DAVID M. HARRIS, AUSA
    Chief, Civil Division
 3  DAVID K. BARRETT, AUSA
    Chief, Civil Fraud Section
 4  ABRAHAM C. MELTZER, AUSA
    Deputy Chief, Civil Fraud Section
 5  California State Bar No. 162659
         Room 7516, Federal Building
 6       300 N. Los Angeles Street
         Los Angeles, California 90012
 7       T: 213.894.7155|F: 213.894.7819
         Email: abraham.meltzer@usdoj.gov
 8  Attorneys for the
    United States of America
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| UNITED STATES OF AMERICA *ex rel.* **[UNDER SEAL]**,<br><br>  Plaintiff[s],<br><br>    v.<br><br>**[UNDER SEAL]**,<br><br>  Defendant[s]. | No. EDCV 17-00881 JGB (KKx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST TO PARTIALLY UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |
|---|---|

```
 1 │ NICOLA T. HANNA
   │ United States Attorney
 2 │ DAVID M. HARRIS, AUSA
   │ Chief, Civil Division
 3 │ DAVID K. BARRETT, AUSA
   │ Chief, Civil Fraud Section
 4 │ ABRAHAM C. MELTZER, AUSA
   │ Deputy Chief, Civil Fraud Section
 5 │ California State Bar No. 162659
   │      Room 7516, Federal Building
 6 │      300 N. Los Angeles Street
   │      Los Angeles, California 90012
 7 │      T: 213.894.7155│F: 213.894.7819
   │      Email: abraham.meltzer@usdoj.gov
 8 │ Attorneys for the
   │ United States of America
 9 │
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARK SPICER,<br><br>            Plaintiff,<br><br>        v.<br><br>BRET B. ABSHIRE, M.D.;<br>ALPHATEC HOLDING, INC.;<br>ALPHATEC SPINE, INC.; and<br>SOUTHWEST HEALTHCARE SYSTEM AUXILIARY, INC.,<br><br>            Defendants. | No. EDCV 17-00881 JGB (KKx)<br><br>NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST TO PARTIALLY UNSEAL THE CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

**NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States") notifies the Court of its decision not to intervene in the above-captioned action ("this action").

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the *qui tam* plaintiff Mark Spicer (the "relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the United States with notice of the same, and the Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court in this action be sent to the United States' counsel. The United States reserves its right to order any

deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The United States also requests that it be served with all notices of appeal in this action.

## REQUEST TO PARTIALLY UNSEAL THE CASE

Finally, the United States respectfully requests that the relator's Complaint, this Notice, and the accompanying proposed Order should be unsealed. The United States further requests that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: September 18, 2018

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section

_____
ABRAHAM C. MELTZER, AUSA
Deputy Chief, Civil Fraud Section
Attorneys for the United States
Of America

**PROOF OF SERVICE BY MAILING**

1. I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

2. On September 18, 2018, I served **NOTICE OF ELECTION BY THE UNITED STATES TO DECLINE INTERVENTION AND REQUEST TO PARTIALLY UNSEAL THE CASE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: September 18, 2018. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to whom mailed:**

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: September 18, 2018, at Los Angeles, California

_____
CAROL M. YBARRA

3

## SERVICE LIST

MICHAEL J. KHOURI, ESQ.
KHOURI LAW FIRM, APC
24102 Calle De La Plata, Suite 210
Laguna Hills, CA 92653
Tel: (949) 336-2433