NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
DAVID K. BARRETT, AUSA
Chief, Civil Fraud Section
ABRAHAM C. MELTZER, AUSA
Deputy Chief, Civil Fraud Section
California State Bar No. 162659
    Room 7516, Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    T: 213.894.7155|F: 213.894.7819
    Email: abraham.meltzer@usdoj.gov
Attorneys for the
United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MARK SPICER,<br><br>        Plaintiff,<br><br>        v.<br><br>BRET B. ABSHIRE, M.D.;<br>ALPHATEC HOLDINGS, INC.;<br>ALPHATEC SPINE, INC.; and<br>SOUTHWEST HEALTHCARE SYSTEM<br>AUXILIARY, INC.,<br><br>        Defendants. | No. EDCV 17-00881 JGB (KKx)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>[FILED CONCURRENTLY: REVISED RELATOR'S REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE; UNITED STATES' CONSENT TO DISMISSAL] |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

*Qui tam* plaintiff Mark Spicer (the "Relator") having requested, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-captioned action ("this action") be dismissed without prejudice; and the United States of America having consented, in the interests of justice and pursuant to 31 U.S.C. § 3730(b)(1), to such dismissal without prejudice:

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice, in its entirety and as to all the defendants.

DATED: _October 31, 2018_

UNITED STATES DISTRICT JUDGE

1